IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Dakota Vaughn,

    Plaintiff,

v.                                                                                            Case No. 17-CIV-086-RAW

Arkansas Egg Company, Inc., et al.,

    Defendants.

**ORDER**

Before the court is the Joint Motion to Extend Scheduling Order Deadlines [Docket No. 63]. The parties request the court extend certain deadlines contained in the Scheduling Order entered on May 25, 2017 [Docket No. 50].

The court has considered the factors in <u>Magraff v. Lowes HIW, Inc.</u>, 217 Fed.Appx. 759 (10th Cir. 2007), as to whether a party has demonstrated excusable neglect justifying an extension of time. For good cause shown, the motion is GRANTED. The following deadlines are revised:

| | |
|---|---|
| 8/18/17 | Exchange of witness/exhibit list |
| 8/18/17 | Plaintiff's Expert Report due |
| 9/18/17 | Defendants' Expert Report due |
| 9/29/17 | Plaintiff's Rebuttal Expert Report due |
| 9/29/17 | Discovery deadline |
| 9/29/17 | Dispositive motion deadline |

All other deadlines contained in the Scheduling Order [Docket No. 50] remain as set.

Dated this 31st day of   July, 2017.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA