# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DAKOTA VAUGHN, §<br>　　Plaintiff, §<br>　　　　　　　　　　§<br>VS. §<br>　　　　　　　　　　§<br>(1) ARKANSAS EGG COMPANY, §<br>INC., an Arkansas Corporation §<br>(2) VITAL FARMS, INC., a §<br>Delaware Corporation, §<br>　　Defendants. § | CASE NO. 6-17-cv-0086-RAW |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Comes now the Plaintiff, Dakota Vaughn through his attorney, William Mayo and the Defendant, Arkansas Egg Company, Inc. through its attorney Vicki Bronson who jointly move the Court for an Order Dismissing the Plaintiff's Complaint with Prejudice, this cause now having been settled and resolved.

Respectfully submitted this 16th day of August, 2017.

| | |
|---|---|
| **DAKOTA VAUGHN** | **ARKANSAS EGG COMPANY, INC.** |
| */s/ William R. Mayo* | */s/ Vicki Bronson* |
| William R. Mayo, OBA No. 11055 | Vicki Bronson, OBA No. 20574 |
| MAYO LAW OFFICE | CONNER & WINTERS, LLP |
| 1831 E. 71st Street | 4375 N. Vantage Drive, Suite 405 |
| Tulsa, Oklahoma 74136 | Fayetteville, Arkansas 72703 |
| Telephone:　(479) 802-0220 | Telephone: (479) 582-5711 |
| Facsimile:　(479) 286-1101 | Facsimile:　(479) 587-1426 |
| Email:  wmayo@mayolawoffices.com | Email:　vbronson@cwlaw.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT**<br>**ARKANSAS EGG COMPANY, INC.** |

1

CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of August, 2017, a true and correct copy of the foregoing was served electronically via the Court's ECF system on the following:

Clayton E. Bailey        cbailey@baileybrauer.com
Counsel for Vital Farms, Inc.

                                  /s/ William R. Mayo
                                  WILLIAM R. MAYO