IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAKOTA VAUGHN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 6:17-cv-00086-RAW |
| ARKANSAS EGG COMPANY, INC. AND VITAL FARMS, INC. | § § § § | |
| Defendants. | § § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS ASSERTED AGAINST DEFENDANT VITAL FARMS, INC.**

On this day, the Court considered the Joint Motion to Dismiss With Prejudice Claims Asserted by Plaintiff against Defendant Vital Farms, Inc. filed by Plaintiff Dakota Vaughn and Defendant Vital Farms, Inc. ("Joint Motion"). After considering the Joint Motion, the Court finds that the Joint Motion should be GRANTED.

**IT IS THEREFORE, ORDERED, ADJUDGED and DECREED** that the claims raised or that could have been raised by Plaintiff Dakota Vaughn against Defendant Vital Farms, Inc. are **DISMISSED WITH PREJUDICE.** All costs of court are taxed against the party incurring same.

Signed this 16th day of August 2017.

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma

_____

ORDER – Page 1

AGREED:

*/s/ William R. Mayo*
William R. Mayo, OBA No. 11055
MAYO LAW OFFICE
1831 E. 71st Street
Tulsa, Oklahoma 74136
Telephone:   (479) 802-0220
Facsimile:   (479) 286-1101
Email: wmayo@mayolawoffices.com

**ATTORNEY FOR PLAINTIFF
DAKOTA VAUGHN**


*/s/ Clayton E. Bailey*
R. Thompson Cooper, OBA No. 15746
PIGNATO, COOPER, KOLKER &
        ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:   (405) 606-3333
Facsimile:   (405) 606-3334
Email:        tom@pclaw.org

—And—

Clayton E. Bailey
Admitted *Pro Hac Vice*
Texas Bar No. 00796151
BAILEY BRAUER, PLLC
Campbell Centre I
8350 N. Central Expressway, Ste. 206
Dallas, Texas 75206
Telephone:   (214) 360-7433
Facsimile:   (214) 360-7435
Email:        cbailey@baileybrauer.com

**ATTORNEYS FOR DEFENDANT
VITAL FARMS, INC.**

_____