IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) DAKOTA VAUGHN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 6:17-cv-00086-RAW |
| | § | |
| (1) ARKANSAS EGG COMPANY, INC. AND | § | |
| (2) VITAL FARMS, INC. | § | |
| | § | |
| Defendants. | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS ASSERTED AGAINST DEFENDANT ARKANSAS EGG COMPANY, INC.

On this day, the Court considered the Joint Motion to Dismiss With Prejudice Claims Asserted by Plaintiff against Defendant Arkansas Egg Company, Inc. filed by Plaintiff Dakota Vaughn and Defendant Arkansas Egg Company, Inc. ("Joint Motion") [Docket No. 66]. After considering the Joint Motion, the Court finds that the Joint Motion should be GRANTED.

**IT IS THEREFORE, ORDERED, ADJUDGED and DECREED** that the claims raised or that could have been raised by Plaintiff Dakota Vaughn against Defendant Arkansas Egg Company, Inc. are **DISMISSED WITH PREJUDICE.** All costs of court are taxed against the party incurring same.

Signed this 17th day of August 2017

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma

_____
**ORDER** – Page 1

AGREED:

| | |
|---|---|
| **DAKOTA VAUGHN** | **ARKANSAS EGG COMPANY, INC.** |
| */s/ William R. Mayo* | */s/ Vicki Bronson* |
| William R. Mayo, OBA No. 11055 | Vicki Bronson, OBA No. 20574 |
| MAYO LAW OFFICE | CONNER & WINTERS, LLP |
| 1831 E. 71st Street | 4375 N. Vantage Drive, Suite 405 |
| Tulsa, Oklahoma 74136 | Fayetteville, Arkansas 72703 |
| Telephone:   (479) 802-0220 | Telephone: (479) 582-5711 |
| Facsimile:   (479) 286-1101 | Facsimile:   (479) 587-1426 |
| Email:  wmayo@mayolawoffices.com | Email:   vbronson@cwlaw.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
| **ARKANSAS EGG COMPANY, INC.** | |

_____

**ORDER – Page 2**